IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RPOST HOLDINGS, INC., RPOST COMMUNICATIONS LIMITED, and RMAIL LIMITED,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>EXPERIAN PLC and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants. | Civil Action No. 2:12-cv-513 |

## PLAINTIFFS' CORPORATE DISCLSOURE STATEMENT

　　　Under Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs RPost Holdings, Inc., RPost Communications Limited, and RMail Limited by and through their undersigned counsel state as follows:

　　　RPost Holdings, Inc. is a non-governmental corporate party whose parent company is RPost International Limited. No publicly held company owns 10% or more of its stock.

　　　RPost Communications Limited is a non-governmental corporate party that has no parent company and no publicly held company owns 10% or more of its stock.

　　　RMail Limited is a non-governmental corporate party that has no parent company and no publicly held company owns 10% or more of its stock.

1

Respectfully Submitted,

Dated:  August 24, 2012    /s/ Lewis E. Hudnell, III
Winston O. Huff
State Bar No. 24068745
Navarro Huff, PLLC
302 N. Market Street Suite 450
Dallas, Texas 75202
214.749.1220 (Firm)
214.749.1223 (Fax)
whuff@navarrohuff.com

Lewis E. Hudnell, III
Colvin Hudnell LLP
375 Park Avenue Suite 2607
New York, New York 10152
Tel: 347.855.4772
Fax: 347.772.3034
lewis@colvinhudnell.com

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF FILING**

I certify that on August 24, 2012, I electronically filed the foregoing Plaintiffs' Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system.

/s/ Lewis E. Hudnell, III