IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RPOST HOLDINGS, INC., RPOST COMMUNICATIONS LIMITED, and RMAIL LIMITED,<br><br>    Plaintiffs,<br><br>    v.<br><br>EXPERIAN PLC and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Civil Action No. 2:12-cv-513 |

## ORDER OF DISMISSAL WITHOUT PREJUDICE OF EXPERIAN PLC

In consideration of Plaintiffs RPost Holdings, Inc., RPost Communications Limited, and RMail Limited's Notice of Voluntary Dismissal Without Prejudice before service of an answer or other responsive pleading by Defendant Experian PLC, the Court dismisses all claims against this defendant without prejudice, with each party to bear its own fees and costs.

**So ORDERED and SIGNED this 31st day of October, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

1