IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RPOST HOLDINGS, INC., RPOST COMMUNICATIONS LIMITED, and RMAIL LIMITED,<br><br>  Plaintiffs,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>  Defendant. | Civil Action No. 2:12-cv-513 |

## NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

**PLEASE TAKE NOTICE** that Plaintiffs RPost Holdings, Inc., RPost Communications Limited, and RMail Limited voluntarily dismiss its Complaint against Experian Information Solutions, Inc. in the above-captioned action, without prejudice, under Rule 41(a)(1)(A)(i), Plaintiffs state that this Notice has been filed prior to service by Comcast Cable Communications, Inc. of an answer or other responsive pleading.

                                    Respectfully Submitted,

Dated:  August 30, 2013         /s/ Lewis E. Hudnell, III
                                    Winston O. Huff
                                    State Bar No. 24068745
                                    Deborah Jagai
                                    State Bar No. 24048571
                                    W.O. Huff & Associates, PLLC
                                    302 N. Market Street Suite 450
                                    Dallas, Texas 75202
                                    214.749.1220 (Firm)
                                    469.206.2173 (Fax)
                                    whuff@huffip.com
                                    djagai@huffip.com

                                    Lewis E. Hudnell, III
                                    Colvin Hudnell LLP
                                    375 Park Avenue Suite 2607
                                    New York, New York 10152
                                    Tel: 347.855.4772
                                    Fax: 347.772.3034
                                    lewis@colvinhudnell.com

                                    ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF FILING**

      I certify that on August 30, 2013, I electronically filed the foregoing Plaintiffs' Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system.

/s/ Lewis E. Hudnell, III